IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ABRAHAM CUTLER,

    Plaintiff,

v.

A-KORN ROLLER, INC.,

    Defendant.

Case No.

JURY TRIAL DEMANDED

## COMPLAINT

### Introduction

1. This is an action for employment discrimination brought pursuant to 42 U.S.C. section 1981. Abraham Cutler, a white man, was subject to discrimination and racial harassment and was wrongfully terminated because of his friendship with Jermaine Butler, a black man, and because of his race. He complained to management about how he was being treated but was fired rather than receiving prompt and effective remedial action.

### Jurisdiction and Venue

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. section 1331 because this suit is brought pursuant to a federal statute, 42 U.S.C. section 1981.

3. Venue is proper in this district because the actions at issue took place in the Northern District of Illinois and all parties are residents of the Northern District of Illinois.

## Parties

4. Plaintiff Abraham Cutler ("Cutler") is a Caucasian man who is a resident of Chicago, Illinois. Cutler was employed by defendant A-Korn Roller, Inc. ("A-Korn Roller") in the Northern District of Illinois for approximately one week in 2019.

5. Defendant A-Korn Roller is an Illinois corporation with headquarters and operations in the Northern District of Illinois.

## Facts

6. Plaintiff Cutler is a personal friend of Jermaine Burton, an African-American man who was employed at A-Korn-Roller at the same time as Mr. Cutler. Cutler was hired by A-Korn Roller on the recommendation of Mr. Burton.

7. During his employment at A-Korn Roller Jermaine Burton was subject to repeated and pervasive racial harassment by his co-workers, who were predominantly Mexican-American. Mr. Burton saw a sign posted on the bathroom at the A-Korn facility that said, "Mexicans only. No niggers allowed." Despite Mr. Burton's protests and objections, co-workers repeatedly used the word nigger in his presence. Mr. Burton complained about this conduct to management at A-Korn Roller but no corrective action was taken.

8. In referring to Mr. Burton, when speaking to Mr. Cutler, plaintiff Cutler's co-workers used the word nigger. Plaintiff Cutler told his co-workers, and Mr. Burton's co-workers, that they should not use racially offensive language in referring to Mr. Burton.

9. As a reaction to Mr. Cutler standing up for Mr. Burton and in retaliation for those actions, plaintiff Cutler's co-workers began a campaign of belittling plaintiff Cutler

and referring to him with racial epithets. They called him "nigger lover," "gringo," and "Ritz cracker" and threw chalk and plugs at him.

10. Mr. Cutler complained to A-Korn manager Scott Wadsworth about the racially offensive language that was being directed at him.

11 Instead of taking prompt and effective remedial action to prevent racial and retaliatory harassment of plaintiff Cutler, A-Korn management fired Mr. Cutler because his co-workers objected to his presence, his friendship with Mr. Burton, and his actions in objecting to racial harassment of Mr. Burton.

12. As a result of his termination of employment, plaintiff Cutler has lost wages and employment benefits.

13. As a result of these events and his termination and unemployment, plaintiff Cutler has suffered emotional distress.

## Count I

14. Plaintiff incorporates by reference and re-alleges paragraphs 1-13 of this Complaint as paragraphs 1-13 of this Count I.

15. By failing to take prompt and effective remedial action to stop the racial harassment of plaintiff Cutler, defendant A-Korn Roller violated 42 U.S.C. section 1981.

16. By firing Mr. Cutler, acceding to the desires of Mr. Cutler's co-workers, who objected to Mr. Cutler's presence because of his friendship with Jermaine Burton and because he objected to the racial harassment of Jermaine Burton, defendant A-Korn Roller violated 42 U.S.C. section 1981.

## Prayer for Relief

Accordingly, plaintiff Abraham Cutler prays for the following relief against defendant A-Korn Roller, Inc.:

(a) Damages for his lost employment income and benefits;

(b) Compensatory damages for his emotional distress;

(c) Punitive damages;

(d) Whatever further relief this Court shall find just.

Plaintiff demands trial by jury.

By: /s/ Paul Strauss
Attorney for plaintiff Abraham Cutler

Paul Strauss
5525 S. Woodlawn Ave.
Chicago, IL 60637
(773) 551-5350
pstr1968@gmail.com